435 A.2d 1217

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert E. MILLER, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 6, 1981.

Decided Oct. 29, 1981.

John H. Corbett, Jr., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The judgment of sentence is affirmed.